IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dorrough, Hollis R | Case Number: 07 B 02975 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 2/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,290.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,166.34 |
| Trustee Fee: | | 123.66 |
| Other Funds: | | 0.00 |
| Totals: | 2,290.00 | 2,290.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,404.00 | 2,166.34 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 15,566.00 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 1,488.98 | 0.00 |
| 5. | American General Finance | Unsecured | 3,783.58 | 0.00 |
| 6. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 7. | Sherwin Williams | Unsecured | | No Claim Filed |
| 8. | American General Finance | Unsecured | | No Claim Filed |
| 9. | Medical Collections | Unsecured | | No Claim Filed |
| 10. | TRSI | Unsecured | | No Claim Filed |
| 11. | SST CARD SERVICE | Unsecured | | No Claim Filed |
| 12. | Regency Credit LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,242.56 | $ 2,166.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 123.66 |
| | _____ |
| | $ 123.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dorrough, Hollis R | Case Number:  07 B 02975 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  2/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

